# JANUARY TERM, 1878.

---

### ALONZO BUCKLEY v. JOHN B. SUTTON.

*Time for bringing Error.*

One cannot gain time for suing out a writ of error by moving to vacate judgment.

MOTION to dismiss writ of error. Granted. Submitted and decided January 8.

*Harrison Geer* for the motion.

*William Hemingway* against.

PER CURIAM. A writ of error must be sued out within two years after judgment, and a party cannot prolong the time by moving to vacate the judgment, although considerable delay is made before the motion is decided. To hold otherwise would be to defeat the statute and enable any one to gain time by sham proceedings. The terms of the statute are obligatory on the court.